In the Matter of the Claim of LOUIS SMITH, Appellant. EDWARD CORSI, as Industrial Commissioner, Respondent.— Appeal by claimant from a decision of the Unemployment Insurance Appeal Board which affirmed a referee's decision denying an award of benefit to claimant on the ground that he voluntarily left his employment without good cause. There was substantial evidence to support this determination. Decision affirmed, without costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN AMBRO-ZIEWICZ, Appellant.— Appeal from a judgment of conviction finding appellant (a deaf-mute) guilty of robbery in the third degree. The proof sustains the finding that he placed his hand in the pocket of one Giovannone and extracted $52. The latter and a companion had taken refreshment at a restaurant in Amsterdam. Appellant was present and saw money displayed which was indicated by his conduct in nudging and making motions to a friend. There were minor legal errors in the reception of proof as to conversations between Giovannone, his friend and a policeman, not in the presence of the appellant; also an unwarranted statement by the District Attorney in his summation. These were rather trivial and do not require a reversal in view of the undisputed and competent testimony of the People's witnesses. The judgment should be affirmed. Judgment of conviction affirmed. All concur.

LILLIAN KENNISON, Appellant, v. WILLIAM A. DODGE, as Administrator of the Estate of HENRY D. LEASON, Deceased, Respondent.— Plaintiff has appealed from a judgment in defendant's favor in an action to recover damages because of the alleged negligence of defendant's intestate. On February 7, 1942, the car in which plaintiff was a passenger collided with a car operated by defendant's intestate as a result of which plaintiff was injured. The jury found that the collision was not due to the negligence of defendant's intestate. Only questions of fact are involved. The proof sustains the finding of the jury. Judgment affirmed, with costs. All concur.